OPINION — AG — QUESTION: INQUIRY AS TO WHETHER OR NOT THE FAIR BOARD HAS AUTHORITY, SHOULD IT CHOSE TO EXERCISE IT, TO GRANT AN EASEMENT FOR A ROAD ACROSS THE FAIR GROUNDS PROPERTY TO A NEW INDUSTRY WITHOUT THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY BEING COGRANTORS TO THE EASEMENT — NEGATIVE CITE: 2 O.S. 1961 31 [2-31], 2 O.S. 1961 131.14 [2-131.14], 19 O.S. 1961 339 [19-339] (FINIS STEWART)